# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID WILLIAM ENGSTROM**                                                        **PLAINTIFF**
**ADC #159812**

**V.**                           **CASE NO. 4:15CV00236 JLH/BD**

**DOC HOLLADAY, et al.**                                                          **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition, and the parties have not objected to the recommendation. The recommendation should be, and hereby is, approved and adopted in all respects.

Engstrom's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE